No. 11–10731. BALLEJOS v. YATES, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–10732. BRIDGMON v. OHIO. Ct. App. Ohio, Allen County. Certiorari denied.

No. 11–10733. BUTTS v. SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 4th Cir. Certiorari denied.

No. 11–10734. ANDRULONIS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–10735. VILLASENOR v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 11–10736. VELASCO-HERNANDEZ v. MILLER-STOUT, SUPERINTENDENT, AIRWAY HEIGHTS CORRECTIONAL CENTER. C. A. 9th Cir. Certiorari denied.

No. 11–10737. MELROSE v. NEW YORK STATE DEPARTMENT OF HEALTH, OFFICE OF PROFESSIONAL MEDICAL CONDUCT. C. A. 2d Cir. Certiorari denied.

No. 11–10738. ROSAS-JIMENEZ v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–10739. LINSMAN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–10740. HOLSTON v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 11–10741. GOMEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–10742. THERESA H. v. PUBLIC GUARDIAN, OFFICE OF PUBLIC ADVOCACY, ET AL. Sup. Ct. Alaska. Certiorari denied.

No. 11–10743. HUDSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–10744. FOSTER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.